The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>                Plaintiffs,<br>vs.<br><br>PEGASUS THEATER SHOPS, an unknown business entity; SHERL STOCKING, an individual; and DOES 1-10, inclusive.<br>                Defendants. | CASE NO. 12-CV-01631-MJP<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE LIABILITY**<br><br>NOTE ON MOTION CALENDAR:<br>July 19, 2013 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT on **Friday, July 19, 2013** in the above entitled court, Plaintiffs Coach, Inc. and Coach Services, Inc. (hereinafter collectively "Coach") will and hereby do move this Court for summary judgment on the issue of liability for Trademark Infringement (15 U.S.C. § 1114) against Defendants Pegasus Theater Shops and Sherl Stocking on the ground that there is no genuine issue as to any material fact regarding Plaintiffs' ownership of the trademarks in question and Defendants' infringement thereof, and that the moving party is entitled to judgment as a matter of law.

This Motion is made following notification of Plaintiffs' intent to file the present motion to Defendants, who have declined to stipulate to the order sought by Plaintiffs.

The Motion will be based on this Notice, the accompanying Points and Authorities, the Declarations of Ethan Lau, Donald Bambenek, and Michael Marchand, the files and records in this action, and any further evidence or argument that this Court may properly receive at or before the hearing.

DATED: June 14, 2013                    BLAKELY LAW GROUP

By:   /s/ Michael Marchand
      Brent H. Blakely
      Michael Marchand
      ***Attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc.***

2

PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL
SUMMARY JUDGMENT RE LIABILITY

GORDON & REES LLP
121 SW Morrison Street, Suite1575
Portland, OR 97204
Tel.: (503) 222-1075