The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PEGASUS THEATER SHOP, an unknown business entity; SHERL STOCKING, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 12-CV-01631-MJP<br><br>**DECLARATION OF MICHAEL MARCHAND IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY FOR TRADEMARK INFRINGEMENT**<br><br>NOTE ON MOTION CALENDAR: July 19, 2013 |

**DECLARATION OF MICHAEL MARCHAND**

I, Michael Marchand, declare as follows:

1. I am an attorney at Blakely Law Group, counsel for Plaintiffs Coach, Inc. and Coach Services, Inc., (collectively "Plaintiffs" or "Coach") in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called upon as a witness could competently testify thereto. I am admitted to appear in this matter *pro hac vice.*

2. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Pegasus Theater Shop's (Stocking and Hunt Services) Responses to Coach's First Set of Special Interrogatories.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendant Pegasus Theater Shop's (Stocking and Hunt Services) Amended Responses to Coach's First Set of Requests for Admissions.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the FRCP 30(b)(6) deposition of Pegasus Theater Shop.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 14, 2013, in Hollywood, California.

/s/ Michael Marchand
Michael Marchand



**GORDON & REES LLP**
121 SW Morrison Street, Suite1575
Portland, OR 97204
Tel.: (503) 222-1075